USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/13/2021_

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TILLIE GLUCK,**<br><br>　　　　　　　　Plaintiff,<br><br>　　-v-<br><br>**TRANSUNION, LLC and BARCLAYS BANK DELAWARE,**<br><br>　　　　　　　　Defendant. | Civil Case Number:  1:21-cv-04100-AT |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' September 13, 2021 Stipulation of Dismissal, all claims asserted against remaining Defendant in Civil Action No. **1:21-cv-04100-AT** are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 13th day of September 2021.**

_____
ANALISA TORRES
United States District Judge